IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07MC00052-MCE-EFB |
| ) | |
| Plaintiff, ) | |
| ) | ORDER OF CONTINUING |
| v. ) | GARNISHMENT PURSUANT TO |
| ) | STIPULATION (Voluntary) |
| RONALD B. MOSELEY, ) | |
| ) | |
| Defendant and ) | |
| Judgment Debtor. ) | |
| _____) | |
| ) | |
| WISEBUYS 4U INC., ) | |
| ) | |
| Garnishee. ) | |
| _____) | |

   Pursuant to the Stipulation Re Order of Continuing Garnishment (Voluntary) filed herein,

   IT IS HEREBY ORDERED that the garnishee Wisebuys 4U Inc. shall withhold each month and remit to the United States District Court, $180.00 of defendant's disposable earnings**\***, until the judgment is paid in full, or until further order of the Court.

DATED: June 27, 2007

                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE

**\*** (gross earnings less required withholdings for federal income taxes, Social Security and Medicare taxes, state income taxes, state disability insurance, and required payments to a <u>public</u> employee retirement system)